# LEASON ELLIS

September 22, 2014

**VIA ECF**

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

One Barker Avenue
Fifth Floor
White Plains, New York 10601
t. 914.288.0022
f. 914.288.0023

Jonathan W. Thomas
Litigation Associate
Thomas@LeasonEllis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/14

RE: *Leason Ellis LLP v. Patent & Trademark Agency, LLC, et al.*, Civil Action No. 13-cv-02880 (VLB) (SDNY)

Dear Judge Briccetti:

I am an attorney at Leason Ellis LLP and represent Plaintiff Leason Ellis in the above-referenced matter. I write to advise the Court that I will no longer be associated with Leason Ellis. As such, I respectfully request that I be allowed to withdraw as counsel of record for Leason Ellis pursuant to Local Civil Rule 1.4.

My withdrawal will not affect Leason Ellis' representation or any deadlines in this action. Indeed, Leason Ellis attorneys Peter Sloane, Martin Schwimmer, and Cameron Reuber, all of whom are counsel of record, will continue representing Leason Ellis in this action.

It has been an honor to practice before you. Should you have any questions regarding this request, please contact me at (917) 715-6593 or Mr. Reuber at (914) 821-3075.

Respectfully submitted,

Jonathan W. Thomas

cc: All counsel of record (via ECF)

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 9/22/14
White Plains, NY

{00000/608862-000/01214490.1}